IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OMAR TURNER,

  Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4286

_____/

Opinion filed February 9, 2015.

An appeal from the Department of Children and Families.

Omar Turner, pro se, Appellant.

Rebecca Kapusta, Interim General Counsel, and Camille Larson, Assistant Region Counsel, Department of Children and Families, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.